UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MORELAND APARTMENTS ASSOCIATES, et al., <br> Plaintiffs, <br> v. <br> LP EQUITY LLC, <br> Defendant. | Case No. 5:19-cv-00744-EJD <br><br> **ORDER TO SHOW CAUSE** <br><br> Re: Dkt. No. 34 |

Plaintiff in the above-entitled matter failed to file an amended complaint by Friday, January 7, 2020 in compliance with the Court's Order Granting Defendant's Motion to Dismiss. *See* Dkt. No. 34.

THE COURT hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If Plaintiff fails to file a written response to this order to show cause by January 15, 2020, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 13, 2020

EDWARD J. DAVILA
United States District Judge